PEOPLES BANK AND TRUST COMPANY, APPELLANT, v. BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF PASSAIC, RESPONDENT.

Submitted July 10, 1916—Decided March 5, 1917.

On appeal from the Supreme Court.

For the appellant, *Humphreys & Sumner*.

For the respondent, *Fred W. Van Blarcom*.

PER CURIAM. ·

The judgment of the Supreme Court is affirmed, for the reasons given in the case of *Peoples Bank and Trust Co.* v. *Passaic County Board of Taxation,* decided at this term (*ante* p. 171).

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, BLACK, WHITE, WILLIAMS, GARDNER, JJ.   10.

*For reversal*—HEPPENHEIMER, J.   1.